RECEIVED JUN 04 2007 U.S.D.C. S.D.N.Y. CASHIERS

JUDGE MARRERO

07 CIV 4767

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEIULEMAR COMPAGNIA NAVIGAZIONE SpA,

    Plaintiff,

- against -

MADGE INVESTMENTS LTD. and
KREMIKOVTZI TRADE LTD.,

    Defendants.
-----------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: June 5, 2007
       Southport, CT

                    The Plaintiff,
                    DEIULEMAR COMPAGNIA NAVIGAZIONE SpA

                    By: _____
                    Patrick F. Lennon (PL 2162)
                    Nancy R. Peterson (NP 2871)
                    LENNON, MURPHY & LENNON, LLC
                    The Gray Bar Building
                    420 Lexington Ave., Suite 300
                    New York, NY 10170
                    (212) 490-6050
                    facsimile (212) 490-6070
                    nrp@lenmur.com
                    pfl@lenmur.com