UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

DEIULEMAR COMPAGNIA NAVIGAZIONE SpA, :
Plaintiff, :
- against - :
MADGE INVESTMENTS, LTD., et al, :
Defendants. :

---------------------------------------- X

_07 Civ. 4767 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

By Order dated June 5, 2007, the Court granted the application of plaintiff authorizing a Marine Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court or any other proceedings in connection with the Order since June 5, 2007. Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court by July 25, 2007 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated: New York, New York
17 July 2007

VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7-17-07