USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DEIULEMAR COMPAGNIA NAVIGAZIONE SPA,

            Plaintiff,

- against -

MADGE INVESTMENTS LTD. AND KREMIKOVSKI TRADE LTD.,

           Defendants.
-------------------------------------------------------X

07 Civ. 4767 (VM)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: July 23, 2007
      Southport, CT

The Plaintiff,
DEIULEMAR COMPAGNIA NAVIGAZIONE SPA

By: _____
Patrick F. Lennon (PL 2162)
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
pfl@lenmur.com
nrp@lenmur.com

SO ORDERED: 23 July 2007
The Clerk of Court is directed to close this case.
_____
U.S.D.J.
Victor Marrero